# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 348 WAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
RALPH BOLDEN, :
:
               Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.